**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Terrence S. COLEMAN, Defendant–Appellant.**

No. 06–10001
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 14, 2007.

Susan B. Cowger, Aaron Wiley, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

John MacIntyre Nicholson, Federal Public Defender's Office, Dallas, TX, for Defendant–Appellant.

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Terrence S. Coleman has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Coleman has not filed a response to counsel's motion. Our independent review of counsel's brief and the record discloses no nonfrivolous issues for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the AP-

---

PEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.